**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

VITALIJ VANUSANIK,

Plaintiff,

v. CASE NO. 8:20-cv-2839-CEH-TGW

PRICEWATERHOUSE COOPERS
LLP and EXPRESS SCRIPTS, INC.,

Defendants.
______________________________/

# ORDER

THIS CAUSE came on for consideration upon the Motion for Permission of Jonathan L. Swichar to Appear Pro Hac Vice, Designation of Local Counsel, and Consent to Act (Doc. 25) and the Motion for Permission of Bradley A. Wasser to Appear Pro Hac Vice, Designation of Local Counsel, and Consent to Act (Doc. 26). The plaintiff represents that counsel will comply with the Local Rules.

Local Rule 2.01 states that "[a] lawyer can move for special admission in an action in the Middle District if the lawyer ... is a member in good standing of the bar of a United States district court." See Local Rule 2.01(c)(2). Attorney Bradley A. Wasser has not represented that he is a member of the bar of a United States district court. Accordingly, his motion will be denied without prejudice.

The motion from attorney Jonathan L. Swichar will be granted.

It is, therefore, upon consideration,

ORDERED:

1. That the Motion for Permission of Jonathan L. Swichar to Appear Pro Hac Vice, Designation of Local Counsel, and Consent to Act (Doc. 25) be, and the same is hereby, **GRANTED** and attorney Jonathan L. Swichar is authorized to appear pro hac vice.

2. That the Motion for Permission of Bradley A. Wasser to Appear Pro Hac Vice, Designation of Local Counsel, and Consent to Act (Doc. 26) be, and the same is hereby, **DENIED without prejudice.**

DONE and ORDERED at Tampa, Florida, this 29th day of January 2021.

Thomas G. Wilson

THOMAS G. WILSON
UNITED STATES MAGISTRATE JUDGE