**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

VITALIJ VANUSANIK,

Plaintiff,

v. CASE NO. 8:20-cv-2839-CEH-TGW

PRICEWATERHOUSECOOPERS
LLP and EXPRESS SCRIPTS, INC.,

Defendants.
_______________________________/

**ORDER**

THIS CAUSE came on for consideration upon counsel for the Defendant, Express Scripts, Inc.'s, Motion to Withdraw as Counsel (Doc. 61).

Attorney Mohsen Pasha seeks to withdraw as counsel (id., p. 1). The defendant consents to Mr. Pasha's withdrawal (id.). Further, the defendant, a corporation, will continue to be represented by attorneys Kyle P. Seelbach and Shari Gerson (id.). The requirements set forth by Local Rule 2.02(c)(1) have been satisfied.

It is, therefore, upon consideration,

ORDERED:

That the counsel for the Defendant, Express Scripts, Inc.'s,

Motion to Withdraw as Counsel (Doc. 61) be, and the same is hereby, **GRANTED**. Accordingly, attorney Mohsen Pasha is relieved of further responsibility in this case.

DONE and ORDERED at Tampa, Florida, this 31st day of January, 2022.

THOMAS G. WILSON
UNITED STATES MAGISTRATE JUDGE