**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

VITALIJ VANUSANIK,

Plaintiff,

v. Case No: 8:20-cv-2839-CEH-TGW

PRICEWATERHOUSECOOPERS LLP
and EXPRESS SCRIPTS, INC.,

Defendants.
___________________________________/

**ORDER**

Before the Court is the parties' Joint Stipulation of Dismissal With Prejudice (Doc. 65). In accord with the Joint Stipulation of Dismissal With Prejudice, it is **ORDERED AND ADJUDGED** as follows:

1) The Joint Stipulation of Dismissal With Prejudice is **APPROVED** (Doc. 65).

2) This cause is dismissed, with prejudice. Each party shall bear its own costs and attorneys' fees.

3) The Clerk is directed to terminate any pending motions and deadlines and **CLOSE** this case.

**DONE AND ORDERED** in Tampa, Florida on March 24, 2022.

Charlene Edwards Honeywell
Charlene Edwards Honeywell
United States District Judge

**COPIES FURNISHED TO**:
Counsel of Record